# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ANTHONY THARPE** and **JACQUELINE BUCHANAN,**

Appellants,

v.

**NATIONSTAR MORTGAGE LLC, ANY AND ALL UNKNOWN PARTIES CLAIMING BY, THROUGH, UNDER, AND AGAINST THE HEREIN NAMED INDIVIDUAL DEFENDANT, WHO ARE NOT KNOWN TO BE DEAD OR ALIVE, WHETHER SAID UNKNOWN PARTIES MAY CLAIM AN INTEREST AS SPOUSES, HEIRS, DEVISEES, GRANTEES OR OTHER CLAIMANTS, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; VEROLAGO HOMEOWNERS ASSOCIATION, INC., JOHN DOE** and **JANE DOE AS UNKNOWN TENANTS IN POSSESSION,**

Appellees.

No. 4D17-3569

[August 22, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Paul B. Kanarek, Judge; L.T. Case No. 312008CA013195.

Anthony Tharpe, Wabasso, pro se, and Jacqueline Buchanan, Wabasso, pro se.

Jennifer R. Dixon and James E. Walson of Lowndes, Drosdick, Doster, Kantor & Reed, P.A., Orlando, for Appellee Nationstar Mortgage LLC.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

TAYLOR, LEVINE and FORST, JJ., concur.

\*        \*        \*

*Not final until disposition of timely filed motion for rehearing.*